No. 987.   WILSON *v.* UNITED STATES.

June 10, 1946.   *Per Curiam:* The petition for writ of certiorari is granted limited to Question I in the Government's brief.   The judgment of the Circuit Court of Appeals is vacated and the cause is remanded to the District Court for resentence.   *J. Bertram Wegman, William G. Fullen* and *Emanuel H. Reichart* for petitioner.   *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 1085.   PRUDENTIAL INSURANCE Co. *v.* INDIANA. June 10, 1946.   *Per Curiam:* The judgment is affirmed.   *Prudential Insurance Co.* v. *Benjamin,* 328 U. S. 408.   *Joseph J. Daniels* and *William G. Davis* for appellant.

No. 1255.   WEST PUBLISHING Co. *v.* McCOLGAN, FRANCHISE TAX COMMISSIONER. June 10, 1946.   *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States Glue Co.* v. *Town of Oak Creek,* 247 U. S. 321; *Interstate Busses Corp.* v. *Blodgett,* 276 U. S. 245; *Memphis Natural Gas Co.* v. *Beeler,* 315 U. S. 649, 656; *International Shoe Co.* v. *Washington,* 326 U. S. 310. *John W. Preston* for appellant.   *Robert W. Kenny,* Attorney General of California, and *John L. Nourse,* Deputy Attorney General, for appellee.